JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jong Ja Kim<br><br>          Plaintiff,<br><br>v.<br><br>Nagila Pizza et al<br><br>          Defendants. | Case No. CV 19-05950-AB (MRWx)<br><br>**ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE**<br><br>(PURSUANT TO LOCAL RULE 41) |

On November 5, 2019, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. (Dkt. No. 10). In light of Plaintiff's response to the Order to Show Cause, the Court continued the response deadline to November 25, 2019. (Dkt. No. 12). No response having been filed to the Court's Order to Show Cause,

//

//

1.

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41. |

    **IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: December 4, 2019  _____
                                            ANDRÉ BIROTTE JR.
                                            UNITED STATES DISTRICT COURT JUDGE